GEORGE W. ROGERS *against* TABER CHADWICK.

CERTIORARI.

A rule to take affidavits does not expire at the next term after it is taken, but stands until the cause is argued.

WALL offered to read affidavits taken under a rule entered in this cause at November term.

*Ryall* objected to the reading of the affidavits, and stated, that at the November term last, he had taken a rule for affidavits, and examined witnesses; but that the opposite party took no depositions at that time, but just previous to this (May) term, gave notice of taking affidavits, and did take the depositions now offered. He apprehended that the rule for affidavits, taken in November, expired at the February term, and that the opposite party could take no affidavits subsequent to that term.

CH. JUSTICE. That is not the proper construction of the rule. The rule did not expire at the February term; but it stands until the cause is argued, and either party may take affidavits under it. Therefore the affidavits were properly taken.